**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 20-2065**

JUDAMEYRE L. MCRAE,

       Plaintiff - Appellant,

    v.

NIAGARA BOTTLING; MELANIE CALKINS; GREG BANKS,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:20-cv-00149-KDB-DCK)

Submitted:  February 23, 2021           Decided:  February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Judameyre L. McRae, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judameyre L. McRae appeals the district court's order dismissing his civil complaint for lack of subject matter and diversity jurisdiction. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. *McRae v. Niagara Bottling*, No. 5:20-cv-00149-KDB-DCK (W.D.N.C. Oct. 5, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] McRae does not challenge the district court's determination that it did not have federal question jurisdiction over his complaint. Therefore, McRae has forfeited appellate review of this determination. *See* 4th Cir. R. 34(b).